United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In the Matter of:

Timothy M. Tidwell, Jr.　　　　　　　　　　Case No. 14-57378-tjt
Sarah M. Tidwell　　　　　　　　　　　　　Chapter 7
　　　　　　　　Debtor. /

**ORDER SETTING ASIDE ORDER GRANTING DISCHARGE**

On July 21, 2015, an Order Granting Discharge was entered in the above entitled case. After further review the debtor failed to file the required Certification About a Financial Management Course (Official Form 423). Accordingly the entry of this discharge should be set aside. NOW THEREFORE,

IT IS HEREBY ORDERED that the Chapter 7 discharge entered on July 21, 2015 is set aside.

.

**Signed on June 10, 2016**

　　　　　　　　　　　　　　　　　　　／s／ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge