UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Timothy M. Tidwell
    Sarah M. Tidwell

                                                      Case No. 14-57378-TJT
                                                    Chapter 7
                                                    Hon. Thomas J. Tucker

                Debtor(s).
_____/

**EX PARTE ORDER REOPENING CHAPTER 7 BANKRUPTCY TO FILE
FINANCIAL MANAGEMENT CERTIFICATE AND CERTIFICATION OF DEBTOR EDUCATION**

      This matter having come on for consideration based upon the filing of a Ex Parte Motion to Reopen Chapter 7 Bankruptcy to File Financial Management Certificate and Certification of Debtor Education , and the Court having found that the proposed Motion is in accordance with law;

      NOW THEREFORE IT IS HEREBY ORDERED that the Chapter 7 Bankruptcy be reopened for the purpose of filing Debtors' Financial Management Certification and Certification of Debtor Education.

.

**Signed on June 14, 2016**

                                                                   /s/ Thomas J. Tucker
                                                                   Thomas J. Tucker
                                                                   United States Bankruptcy Judge